SIGNED.

Dated: February 24, 2011

*James M. Marlar*
JAMES M. MARLAR
Chief Bankruptcy Judge

---

Ross K. Meiners, Esq., #26064
**MEINERS LAW OFFICE, PLC**
2 E. Congress St., Suite 900
Tucson, AZ 85701
Tel. (520) 777-2198
Fax (520) 202-7317
ross@meinerslaw.com

**Attorneys for Debtors**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In Re:

FRANK & ELIZABETH ESTRELLA,

    Debtor.

) In Proceedings Under Chapter 13
)
) Case No. 4:10-bk-23668-JMM
)
) **ORDER ALLOWING PAYMENT OF**
) **ADMINISTRATIVE EXPENSE**

    Upon Application of Debtor's counsel for payment of administrative expenses of $3,225.00 in the Debtors' Chapter 13 plan, and there being no objections appearing, Debtor requests the granting of this Order Allowing Payment of Administrative Expense pursuant to the following facts:

    1. At the inception of the case, Debtors and their counsel signed a retainer agreement whereby Debtors agreed to pay a flat fee of $4,000.00 to handle their Chapter 13 case, and an additional $1,250.00 to file and litigate a Motion to Avoid Lien on Real Property, for a total of $5,250.00 in attorneys fees to be paid to Debtors' counsel. Debtors' counsel acknowledges and currently uses the "check the box" format for fee applications in many of his past Chapter 13 plans, and all current and future Chapter 13 plans, but in this case, having been filed not long after the Model Plan adoption, the Application for Payment of Attorneys Fees section in the Debtors' plan was based on the old system of disclosing and applying for attorneys fees pursuant to the signed retainer agreement described above.

1

2. The Motion to Avoid Lien on Real Property was filed and successfully resolved after an objection by the lienholder.

3. Prior to the case filing, counsel for Debtors received:

    A: Costs: $274.00 for the Chapter 13 filing fee and $50.00 for credit report download fee.

    B. Attorneys fees: $2,025.00 for attorneys fees.

4. The remaining attorneys fees amount of $3,225.00 ($5,250.00-$2,025.00=$3,225.00) remains to be paid to Debtors' counsel.

5. No amounts are held in counsel's trust account.

6. The amount for fees sought above is not outside the signed fee agreement.

7. The amount requested in this Order for attorneys fees is in excess of the $4,000.00 flat fee only because it includes $1,250.00 for attorneys fees for the Motion to Avoid Lien on Real Property.

IT IS ORDERED allowing the sum of ~~$3,225.00~~ $2,475.00 for attorneys fees and costs, in addition to amounts which were paid prior to filing, provided that payments will not prejudice claimants of equal or higher priority. The Trustee is directed to pay the balance of ~~$3,225.00~~ $2,475.00 to Meiners Law Office, PLC to the extent that funds are available from the estate after payment of allowed administrative claims of higher priority. Upon confirmation of the Plan, payment of this administrative expense shall be paid in accordance with the confirmed Plan. In the event of the dismissal or conversion of this case prior to or after confirmation, this administrative expense shall be paid immediately, prior to any refund of Plan payments to the Debtors.

2